Magistrate Judge Brian A. Tsuchida

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAN C. HERNANDEZ-MAYORAL,<br><br>Defendant. | CASE NO.    MJ25-352<br><br>COMPLAINT for VIOLATIONS<br><br>18 U.S.C. § 249(a)(1) |

BEFORE, The Honorable Brian A. Tsuchida, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1

### (Hate Crime - Bodily Injury)

On March 7, 2024, in King County, within the Western District of Washington, ADAN C. HERNANDEZ-MAYORAL willfully caused bodily injury to VICTIM-1, and attempted to cause bodily injury to VICTIM-1 through the use of a dangerous weapon, namely, a knife, because of VICTIM-1's actual and perceived race and color.

All in violation of Title 18, United States Code, Section 249(a)(1).

COMPLAINT/HERNANDEZ-MAYORAL - 1
Case No. 2024R00344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I, Ryan W. Bruett, being first duly sworn on oath, depose and say:

## INTRODUCTION AND AFFIANT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2006. As a Special Agent, I have investigated a wide variety of federal criminal violations, including civil rights crimes, public corruption, organized crime, violent crime, fraud, crimes against children, and crimes on tribal reservations. I have investigated and supervised the investigation of hate crimes since 2015 and served as the program coordinator for civil rights crimes for the FBI in Washington State. I completed the New Agents Training Course at the FBI Academy in Quantico, Virginia. I later taught interviewing and financial investigations to new agents and analysts at the FBI Academy. I have training and experience in arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. I have testified in federal, county, and tribal criminal trials.

2. This application in support of this complaint is based on information I gained from my own investigation and information related to me by other detectives and police officers through oral and written reports. I have not included every fact concerning this investigation. Rather, I set forth the facts I believe are necessary for a fair determination of probable cause.

## SUMMARY OF PROBABLE CAUSE

3. On the evening of March 7, 2024, VICTIM-1, a Black woman, was riding a southbound King County Metro bus in Kent, within King County, Washington. She was seated near the back when two men boarded the bus at the Kent Station Transit Center. These men were later identified as ADAN C. HERNANDEZ-MAYORAL and his associate, hereafter referred to as JM.

4. Interviews of VICTIM-1, interviews of other passengers, and video and audio recordings from the bus establish the following facts. After boarding the bus,

COMPLAINT/HERNANDEZ-MAYORAL - 2
Case No. 2024R00344

HERNANDEZ-MAYORAL began making racist remarks about Black people, such as "I don't like Black people. F*ckin' hate 'em." When VICTIM-1 looked at HERNANDEZ-MAYORAL, he told her not to look at him. She told him his comments were offensive. He said, "Hey, calm down, please you African American, please. Or you're gonna have to get the f*ck off the bus." Then he referred to her as "Rosa Parks" and asked "Can you please get to the back of the f*cking bus?"

5.      Shortly after this interaction, VICTIM-1 and another passenger believed HERNANDEZ-MAYORAL spat on her. She walked to the front of the bus and asked the driver to call 911. While this happened, another passenger saw HERNANDEZ-MAYORAL move what the witness described as a "shank" from HERNANDEZ-MAYORAL's pants pocket to his right front jacket pocket. The witness described the weapon as having a small blade, approximately 1.5-2 inches long, affixed to some kind of handle. VICTIM-1 later described this weapon as a knife with a fixed blade approximately 2-3 inches long and a 4-5-inch handle.

6.      HERNANDEZ-MAYORAL walked towards VICTIM-1 at the front of the bus and began pacing in the aisle as the bus stopped southbound at the bus stop at Central Avenue South and South 259th Street in Kent. VICTIM-1 was afraid to exit the bus since she was worried HERNANDEZ-MAYORAL would follow and attack her. When the doors opened, HERNANDEZ-MAYORAL grabbed her and shoved her out of the bus. VICTIM-1 repeatedly told HERNANDEZ-MAYORAL "Don't touch me!" as he forcibly removed her from the bus.

7.      Outside the bus, HERNANDEZ-MAYORAL punched VICTIM-1 at least twice in the face. Then he drew his knife from his pocket, reapproached VICTIM-1, and stabbed at her at least three times in the area of her midsection. HERNANDEZ-MAYORAL and JM then fled on foot southbound on Central Avenue South. From inside the bus, at least two passengers saw HERNANDEZ-MAYORAL assault VICTIM-1.

COMPLAINT/HERNANDEZ-MAYORAL - 3
Case No. 2024R00344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8.    Fortunately, VICTIM-1's thick coat prevented the blade from penetrating her skin. Her coat had multiple punctures consistent with knife damage. HERNANDEZ-MAYORAL's assault caused bodily injury to VICTIM-1, including significant pain, soreness, and bruising that lasted for weeks.

9.    Kent Police Department officers arrived at the scene within minutes after the assault. They interviewed VICTIM-1, the bus driver, and other passengers on the bus. They also reviewed video footage from one of the passengers and from the bus, which was equipped with multiple cameras, including audio. The video corroborated the victim and witness accounts.

10.    A combination of video footage and witness accounts provided law enforcement with a description of the subject who attacked VICTIM-1. He was described as a Hispanic man, approximately 5'7" and 22 years old, wearing a black raincoat over a black hoodie, Dickies style khaki pants, a black beanie, and bearing a tattoo on the right side of his neck.

11.    Officers searched the area for the subject. At approximately 7:59 p.m., a nearby resident called 911 to report a man wearing a raincoat and light-colored pants hiding behind a shed behind their house. This location was southeast of the bus stop, within walking distance. Shortly thereafter, the resident called 911 again to report the man walked north toward the driveway of another nearby house. Officers responded to that location and found HERNANDEZ-MAYORAL hiding underneath a vehicle in that driveway. His appearance was consistent with that of the subject who attacked VICTIM-1, as depicted on the bus video and as described by the witnesses, including a tattoo on the right side of his neck. The blade was not found.

12.    Officers arrested HERNANDEZ-MAYORAL and transported him to the Kent Correctional Facility, where he was booked and ultimately charged with state-law crimes of Assault in the Second Degree and Hate Crime.

COMPLAINT/HERNANDEZ-MAYORAL - 4
Case No. 2024R00344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13.    Based on the above facts, I respectfully submit probable cause exists to believe ADAN C. HERNANDEZ-MAYORAL committed the offense alleged in this Complaint.

Ryan W. Bruett, Complainant
Special Agent
Federal Bureau of Investigation

The above agent provided a sworn statement attesting to the truth of the contents of the foregoing Complaint. The Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this __10th__ day of June, 2025.

The Hon. Brian A. Tsuchida
United States Magistrate Judge

COMPLAINT/HERNANDEZ-MAYORAL - 5
Case No. 2024R00344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970