UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ADAN C. HERNANDEZ-MAYORAL,<br><br>Defendant. | NO.  **CR25-248 JLR**<br><br>FELONY INFORMATION |

The United States Attorney charges that:

### COUNT 1

**(Hate Crime – Bodily Injury)**

On or about March 7, 2024, in King County, within the Western District of Washington, ADAN C. HERNANDEZ-MAYORAL willfully caused bodily injury to VICTIM-1, and attempted to cause bodily injury to VICTIM-1 through the use of a

//

//

Felony Information - 1
*United States v. Hernandez-Mayoral*
USAO No. 2024R00344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

dangerous weapon, namely, a knife, because of VICTIM-1's actual and perceived race and color.

All in violation of Title 18, United States Code, Section 249(a)(1).

DATED this 15th day of December, 2025.

s/ Sarah G. Vogel, for
CHARLES NEIL FLOYD
United States Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

THOMAS M. WOODS
Assistant United States Attorney

By:
for: TENETTE SMITH
Trial Attorney

JESSICA M. MANCA
Assistant United States Attorney

Felony Information - 2
*United States v. Hernandez-Mayoral*
USAO No. 2024R00344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970