The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-248 JLR |
| Plaintiff | |
| v. | ORDER TO SEAL EXHIBITS |
| ADAN C. HERNADEZ-MAYORAL, | |
| Defendant. | |

For the reasons set forth in the United States' Unopposed Motion to Seal Exhibits, the Court finds that there are compelling reasons to maintain the privacy and confidentiality of Exhibits 1-5 to the United States' Sentencing Memorandum. The Court finds that public release of these materials would jeopardize (1) the victim's privacy interests protected under the Crime Victims' Rights Act and (2) the grand jury's secrecy interest protected under Federal Rule of Criminal Procredure 6(e) to such an extent that protecting these interests outweigh the public's interest in disclosure.

//

//

Order to Seal - 1
*United States v. Hernandez-Mayoral* / CR25-248 JLR

It is hereby ORDERED that Exhibits 1-5 shall remain sealed.

DATED this 28th day of May, 2026.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/ Jessica M. Manca
JESSICA M. MANCA
Assistant United States Attorney

Order to Seal - 2
*United States v. Hernandez-Mayoral* / CR25-248 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970